COMPANY OF AMERICA. In the Matter of the Claim of MAXWELL RUBIN.— Motion granted and appellant's time extended to May 11, 1926, on condition that appellant accept short notice of argument so that the appeal can be argued or submitted on the 14th day of May, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EMANUEL BLUMSTEIN, Respondent, v. WALTER REGINALD HERDMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SANFORD BUTTER AND EGG CO., INC., Respondent, v. DAVE VECKER, as Organizer, and Others, Defendants, Impleaded with RETAIL GROCERY AND DAIRY CLERKS' UNION OF GREATER NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that defendant, appellant, has appeared generally. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of STEHLI SILKS CORPORATION, to Compel Arbitration by FRIEDMAN & BRUECK, INC., and HENRY M. HUBSHMAN and LOUIS HUBSHMAN, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of CROMPTON-RICHMOND Co., INC., Respondent, for an Order Directing Arbitration to Proceed with MORRIS GREENBERG and HERMAN A. GREENBERG, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

DAVID STRAUSMAN, Appellant, v. PEASE & ELLIMAN, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY SACHS, Respondent, v. PHILIP WEINSTEIN and Another, Individually and as Copartners, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH E. SLATER, Respondent, v. ERNEST F. DUNHAM and Another, Now or Formerly Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH E. SLATER, Appellant, v. ERNEST F. DUNHAM and Another, Now or Formerly Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH F. MORAN, Appellant, v. WALTER C. McCLURE and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

NATIONAL DISTILLERS PRODUCTS CORPORATION, Respondent, v. ABRAM I.